JS - 6/ENTER

[FILED - SOUTHERN DIVISION, CLERK, U.S. DISTRICT COURT, MAY - 1 2012, CENTRAL DISTRICT OF CALIFORNIA, BY ___ DEPUTY]

[ENTERED - SOUTHERN DIVISION, CLERK, U.S. DISTRICT COURT, MAY - 1 2012, CENTRAL DISTRICT OF CALIFORNIA, BY ___ DEPUTY]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| EVERETT MCKINLEY TOY,<br><br>Petitioner,<br><br>v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>Respondent. | Case No. CV 12-2744-CJC (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: April 30, 2012

_____
Cormac J. Carney
United States District Judge